

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-13-00519-CV

Robert **SAMANIEGO**,
Appellant

v.

Mary **SAMANIEGO**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

The Appellee's Motion to File Correct Property Value is DENIED.

**PER CURIAM**

ATTESTED TO:_____

Keith E. Hottle
Clerk of Court